**Order entered January 29, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00201-CV

## KIMBERLY GOMEZ, Appellant

## V.

## SHAHRAM N. SANI, M.D., ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17417**

## ORDER

Before the Court is appellees Emily Knez, M.D. and Greater Dallas Radiology Associates, PLLC's January 28, 2021 second unopposed motion for extension of time to file their response brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 4, 2021.

On the Court's own motion, we **EXTEND THE DEADLINE** for filing appellant's reply brief to February 24, 2021.

/s/    KEN MOLBERG
         JUSTICE